Rodney John Ramirez, #864913
William P. Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

25,057-12

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

January 28, 2015

Hon. Mr. Abel Acosta, Clerk of the Court
Texas Court of Criminal Appeals
P.O. BOX 12308, Capitol Station
Austin, Texas 78711

RE: IN RE RODNEY JOHN RAMIREZ
    TCCA NO. WR-25,057-12
    Inquiry pertaining to Order of the Court entered on September 24, 2014

Dear Honorable Clerk of the Court,

If you would, could you please inform me of the status of the above-styled and numbered cause in light of the Court's September 24, 2014 order directing the El Paso County District Clerk to forward the record on Relator's pending habeas corpus application, a copy of a timely filed order which designates issues to be investigated, or stating that Relator has not filed an application for a writ of habeas corpus? I Thank You in advance for your kind professional time, attention and response to this inquiry.

Sincerely/Respectfully,

Rodney John Ramirez, #864913
William P. Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

CC: File